Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI, <br> Petitioner, <br> vs. <br> M.S. EVANS, Warden, et al., <br> Respondent. | Case No. CV 08-7055-GHK (RNB) <br><br> **JUDGMENT** |

In accordance with the Order re Summary Dismissal of Action filed herewith,

IT HEREBY IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 10/30/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY